UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

MASIH H. MUHAMMAD,

        Plaintiff,                              Case No. 1:08-cv-1099

v.                                                   Hon. Janet T. Neff

SPECTRUM HEALTH HOSPITALS,

        Defendant.

_____/

## JUDGMENT APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. No. 5), filed January 23, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reason stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that upon review of Plaintiff's claims, this Court can discern no good-faith basis for an appeal and so certifies in accordance with *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated: February 18, 2009                                   /s/Janet T. Neff
                                                                          JANET T. NEFF
                                                                          UNITED STATES DISTRICT JUDGE